IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00242-MSK

LINDSAY GORDY,
CAITLYN GORDY, a minor, by and through
next friend, Amy Gordy,

      Plaintiffs,

v.

SUSAN JANE MACAULAY,
a/k/a Susan Lovitt,

      Defendants.

_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING HEARING**
_____

      This matter comes before the Court, *sua sponte*, upon review of the Responses (# 9, 10)

to the Court's Oral Order to Show Cause (#6).  Having reviewed same,

      It is Ordered that:

      1.  The Order to Show Cause is Discharged.

      2.  The Law and Motion Hearing on the Motion to Withdraw Reference **is reset for April**

**5, 2006 at 9:00 a.m.**

      3.  The Clerk shall serve this order on the following attorneys:

          John Turner
          Thomas J. Herd
          James Lee Aab

DATED this 22nd day of March 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge